IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TORRANCE JONES,

Petitioner,

v.

W.A. SHERROD,

Respondent.                                          No.07-673-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Respondent W.A. Sherrod's motion for extension of time to respond to motion for summary judgment (Doc. 35).  Respondent requests additional time in which to respond to petitioner's motion for summary judgment as his attorney has been in trial, out of town for continuing legal education, and has upcoming deadlines in other cases which also require his attention.  Based on the reasons in the motion, the Court **GRANTS** Respondent's motion for extension of time (Doc. 35).  Respondent will have up to and including **December 10, 2009** in which to file a response to Petitioner's motion for summary judgment (Doc. 32).

**IT IS SO ORDERED.**

Signed this 30th day of November, 2009.

/s/    David R Herndon
**Chief Judge**

**United States District Court**