# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TORRANCE JONES,**

    Petitioner,

  v.

**W. A. SHERROD, Warden,**

    Respondent.                    NO. 07-CV-673-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation issued by Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 28, 2010, this Court **ADOPTS** the Report and Recommendation that petitioner's motion for summary judgment be **DENIED** and the petition for writ of habeas corpus is **DENIED** and this case is **DISMISSED** with prejudice.---------------------------------------------------------------------------------------------------

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**


                         **BY:**        **/s/*Sandy Pannier***
                                    **Deputy Clerk**

Dated: September 29, 2010


APPROVED: /s/ *David R Herndon*
              CHIEF JUDGE
              U. S. DISTRICT COURT